IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02240-JLK

DOLORES E. TAFOYA,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Alan M. Agee
512 S. 8th Street
Colorado Springs, CO 80905
(719) 473-1515
ageealanmpc@qwestoffice.net

For Defendant:
John F. Walsh
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office
District of Colorado
William G. Pharo
United States Attorney Office
District of Colorado

Michael Howard
Special Assistant United States Attorney
David Blower
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone:(303) 844-1571
David.blower@ssa.gov

1

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed:** August 25, 2011

   **B.     Date Complaint Was Served on U.S. Attorney's Office:** August 31, 2011

   **C.     Date Answer and Administrative Record Were Filed:** November 15, 2011

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff's counsel states that the administrative record may be missing records that have previously been submitted to the Appeals Council. Plaintiff intends to file a motion to supplement the record for any missing medical records.  Otherwise the administrative record is complete.

Defendant's counsel states, to the best of his knowledge, that the administrative record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff's counsel states that the administrative record may be missing records that have previously been submitted to the Appeals Council. Plaintiff intends to file a motion to supplement the record for any missing medical records.  Otherwise the administrative record is complete.

Defendant does not intend to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated.

**8.     PROPOSED BRIEFING SCHEDULE**

Parties agree to the following proposed briefing schedule:

A.     **Plaintiffs Opening Brief Due:** January 17, 2012

B.     **Defendant's Response Brief Due:** February 16, 2012

C.     **Plaintiffs Reply Brief (If Any) Due:** March 2, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A.     **Plaintiffs Statement:**  Plaintiff requests oral argument.

B.     **Defendant's Statement:**   Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of December, 2011.

BY THE COURT:


s/John L. Kane_____
SENIOR U.S. DISTRICT JUDGE

APPROVED:

| | JOHN F. WALSH |
|---|---|
| /s/ Alan M. Agee | United States Attorney |
| Alan M. Agee | KEVIN T. TRASKOS |
| 512 S. 8th Street | Civil Chief |
| Colorado Springs, CO 80905 | WILLIAM G. PHARO |
| (719) 473-1515 | Assistant United States Attorney |
| ageealanmpc@qwestoffice.net | United States Attorney's Office |
| Attorney for Plaintiff | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | |
| | /s/  David I. Blower |
| | David Blower |
| | Special Assistant United States Attorney |
| | 1001 Seventeenth Street |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 844-1571 |
| | David.blower@ssa.gov |
| | Attorneys for Defendant. |