IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-2240-AP**

**DOLORES E. TAFOYA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion to Amend the Joint Case Management Plan Re: Briefing Schedule (doc. #13), filed December 29, 2011, is **GRANTED**. Opening brief is due February 17, 2012; response brief is due March 18, 2012; reply brief is due April 2, 2012.

Dated: December 30, 2011