IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-2240-AP**

**DOLORES E. TAFOYA,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #20), filed March 29, 2012, is **GRANTED**.

  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

  Dated:  March 29, 2012.

            BY THE COURT:

            *s/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT